JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRIGGS McANDREWS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. CV 09-6769 DSF (CWx)<br><br>JUDGMENT |

The arguments having been presented and fully considered, and Defendant's motion for summary judgment having been granted,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that their claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:    10/18/11

_____
Dale S. Fischer
United States District Judge